## FIRESTONE v. KLICK.

MORTGAGE.—*Foreclosure.*—*Joinder of several Promissory Notes in One Paragraph.*—The joinder, in one paragraph of complaint, of several matured and unmatured promissory notes secured by a mortgage on real estate, in an action on the notes and for foreclosure, is not error after judgment.

SAME.—*Decree.*—*Sale of several Parcels at once.*—On proof that a sale in parcels would be injurious, the court may decree the sale of the whole of the mortgaged premises, though consisting of distinct tracts or lots.

From the Kosciusko Circuit Court.

*C. Clemans* and *A. C. Clemans*, for appellant.

*J. H. Carpenter* and *J. W. Cook*, for appellee.

BIDDLE, J.—Complaint by appellee, against the appellant, on four promissory notes secured by mortgage, two of which are past due, and the other two to become due.

Service and default, upon which the court found the amount due, and to become due, on the notes, and rendered judgment accordingly; also found that the mortgaged premises could not be sold in parcels without injury to the interests of the parties, and decreed a foreclosure of the mortgage and a sale of the lands, to pay the amount due and to become due, according to the judgment. Appeal.

Assignments of error in this court:

1. That the complaint does not state facts sufficient to constitute a cause of action;

2. In decreeing the land to be sold in one lot, when it is in separate parcels.

The argument against the complaint is, that the four notes and the mortgage are set out in one paragraph of complaint; and the argument against the decree, that the property should be sold without division, is, that it appears in the mortgage that it consists of several pieces.

In view of sections 50, 51, 54, 70, 637, 638 and 639 of the practice act, 2 R. S. 1876, and the decisions of this court under them, the assignments of error, and the arguments in their support, are scarcely even plausible.

The judgment is affirmed, at the costs of the appellant.